746 A.2d 564

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**John J. BURNS, Respondent.**

**No. 503 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 14, 2000.

*ORDER*

PER CURIAM:

AND NOW, this 14th day of February, 2000, upon consideration of the Report and Recommendations of the Disciplinary Board dated December 15, 1999, it is hereby

ORDERED that JOHN J. BURNS be and he is SUSPENDED from the Bar of this Commonwealth for a period of one (1) year and one (1) day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.